

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00729-CV

**IN RE** Austin Anthony **NEHER**

Original Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
Lori I. Valenzuela, Justice
H. Todd McCray, Justice

Delivered and Filed: November 26, 2025

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

Relator filed a petition for writ of mandamus in this court on November 12, 2025. Relator has not alleged or established that this court has jurisdiction to consider his petition. We have determined that we do not. The petition for writ of mandamus is DISMISSED for lack of jurisdiction.

PER CURIAM

---

[1]Relator has not identified an underlying proceeding.